IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

ANDRE BOWSER

CIVIL ACTION NO. _____

DIVISION _____

VERSUS

JURY TRIAL DEMANDED

MCDONALDS, INC. AND
VALLUZZO COMPANIES, L.L.C.

FILED:_____

## COMPLAINT FOR DAMAGES

The complaint of ANDRE BOWSER, an African American male who is a resident of the

full age of majority of Baton Rouge, Louisiana, respectfully represents that:

1.

Made defendants herein:

McDonald's, Inc., a corporation organized under the laws of the State of Delaware, and
having its principal place of business in Illinois, at 2111 McDonalds Drive, Oak Brook,
IL 60523, and whose registered agent for service of process is Prentice-Hall Corporation
System, Inc., 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

Valluzzo Companies, L.L.C., a company organized under the laws of the State of
Louisiana and having its principal place of business, at 4864 Bluebonnet Boulevard,
Baton Rouge, LA 70809, and whose registered agent for service of process is John C.
Valluzzo, 4864 Bluebonnet Boulevard, Baton Rouge, LA 70809

2.

At all relevant times Defendants were an "employer" as defined in Section 701(b) of Title

VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e(b)) and Sections 3(r) and (s) and 6(d)

of the Fair Labor Standards Act (FLSA) (29 U.S.C. §§ 203(r) and (s) and 206(d)). As such,

Defendant is subject to the requirements of Title VII (42 U.S.C. § 2000e et seq.) and the

FLSA (29 U.S.C. § 201 et seq.), including the Equal Pay Act of 1963 (EPA) (29 U.S.C. §

206(d)).

3.

Jurisdiction is proper under 42 U.S.C. § 12117 (adopting 42 U.S.C §2000e-5), the Americans with Disabilities Act, and 28 U.S.C. § 1331 for controversies arising under federal laws.

4.

Venue is proper in the Middle District of Louisiana because the events giving rise to the complaint occurred in Ascension Parish, Louisiana, within the territorial jurisdiction of the Middle District, all pursuant to 28 U.S.C. § 1391(b).

5.

At all times pertinent hereto, plaintiff was a qualified individual with a disability within the meaning of the Americans with Disabilities Act.

6.

Plaintiff suffers from autism and noticeable speech impairment.

7.

As a result of the autism and speech impairment, plaintiff was disabled, or in the alternative, perceived as disabled by defendant.

8.

Plaintiff was employed by Defendants from 2003 to 2005 and again from 2006 to present.

9.

Since being employed there, Plaintiff has never received any raises except for the mandatory raise in minimum wage. Plaintiff has been subjected to mistreatment and derogatory

comments by co-workers and managers. Plaintiff has never been promoted even though others which were hired around the same time he had have been promoted and/or received raises.

10.

Defendant violated the American's with Disabilities Act by (a) excluding or denying plaintiff equal jobs, benefits, and/or employment opportunities because of his actual and/or perceived disability, (b) failure to consider accommodations, and (c) denying equal compensation.

11.

Plaintiff timely filed a charge of discrimination with the Equal Employment Opportunity Commission.

12.

A right to sue letter was issued by the EEOC on January 3, 2014, and this complaint was filed within ninety (90) days thereof.

13.

Defendants' activities were intentional, malicious and in gross disregard for plaintiff's rights under the American's With Disabilities Act.

14.

Plaintiff has suffered damages from the wrongful denial of employment opportunities and loss of wages, mental and emotional distress, humiliation, embarrassment, and loss of benefits.

15.

Plaintiff is entitled to an award of punitive damages against defendants for their intentional violation of the American's with Disabilities Act.

16.

Plaintiff is entitled to attorney's fees and all costs of this proceeding under the act.

WHEREFORE, plaintiff ANDRE BOWSER prays that this Honorable Court, after all due proceedings, render judgment in his favor against MCDONALD'S and VALUZZO COMPANIES, in damages in an amount to be proven at trial, punitive damages, attorney's fees as are appropriate, and all costs of these proceedings together, with all other equitable relief.

RESPECTFULLY SUBMITTED:

BY: _____
RONALD JOHNSON
BAR ROLL NO. 14402
5550 NORTH FOSTER DRIVE
BATON ROUGE, LA 70805
TEL: (225) 356-3408
FAX: (225) 356 -4438
*ATTORNEY FOR PLAINTIFF*