UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDRE BOWSER | CIVIL ACTION NO. 14-CV-00195 |
| VERSUS | JUDGE: SHELLY D. DICK |
| VALLUZZO COMPANIES, L.L.C. | MAGISTRATE: STEPHEN C. RIEDLINGER |

## ORDER

**CONSIDERING** the *Joint Motion to Dismiss Suit With Prejudice*[1] filed by the parties in the above captioned matter;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and this matter is DISMISSED with prejudice and with each party to bear its own costs.

Baton Rouge, Louisiana the 3 day of December, 2014.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 29.

Jury